**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Roger Lagrange
In Proper Person
830 Heart D. Farm Road
Youngsville LA 70592

> Judgment on rehearing rendered and
> mailed to all parties or counsel of
> record on November 18, 2020

**REHEARING ACTION: November 18, 2020**

**Docket Number: 19   00689-CA**

**DILLON ROMERO AND KRISTIAN BREAUX**
**VERSUS**
**ROGER LAGRANGE**

**Appealed from Lafayette City Court Parish Case No. 2019 CV 0426**

**BEFORE JUDGES:**

   **Hon. Billy Howard Ezell**
   **Hon. Shannon J. Gremillion**
   **Hon. D. Kent Savoie**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Roger Lagrange** has this day been

   **DENIED.**

cc: Sean M. Stockstill, Counsel for the Appellee